# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** UNITED STATES

v.

LINWOOD DOUGLAS THORNE

**Case No:** 23-3054

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◉ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

LINWOOD DOUGLAS THORNE

### Counsel Information

Lead Counsel: TIMOTHY CONE

Direct Phone: ( 202 ) 862-4333 Fax: ( ___ ) ___ - ___ Email: ______

2nd Counsel: ______

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email: ______

3rd Counsel: ______

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email: ______

Firm Name: ______

Firm Address: Timothy Cone, Esq. 1615 New Hampshire Avenue NW Washington DC 20009

Firm Phone: ( 202 ) 8624333 Fax: ( ___ ) ___ - ___ Email: timcone@comcast.net

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save | Reset Form | Print Form