# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3054**                                                    **September Term, 2022**

1:18-cr-00389-BAH-1

Filed On: April 20, 2023 [1995621]

United States of America,

      Appellee

  v.

Linwood Douglas Thorne,

      Appellant

## O R D E R

Appellant was represented by retained counsel before the district court, and the $505 appellate docketing and filing fees for this appeal have been paid. Upon consideration of the foregoing, it is, on the court's own motion,

**ORDERED** that by May 22, 2023, Albert Amissah file either an entry of appearance form or a statement indicating that counsel will not provide representation on appeal. If other counsel has been retained for purposes of the appeal, trial counsel must provide his or her name and address. If counsel retained for the district court proceedings elects not to provide representation on appeal, it is

**FURTHER ORDERED** that by May 22, 2023, appellant either (1) have new retained counsel enter an appearance in this court on appellant's behalf or (2) inform the court that he wishes to proceed on appeal without counsel. If appellant cannot afford to retain new counsel and wishes to have counsel appointed for the appeal, it is

**FURTHER ORDERED** that by May 22, 2023, appellant complete and submit to this court, for transmittal to the district court, a motion for leave to proceed on appeal in forma pauperis. See Fed. R. App. P. 24(a)(1). In the event the district court denies the motion to appeal in forma pauperis, appellant may renew the request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order, an entry of appearance form,

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3054**　　　　　　　　　　　　　　　**September Term, 2022**

and a blank motion for leave to proceed on appeal in forma pauperis form to appellant by whatever means necessary to ensure receipt and to Albert Amissah by certified mail, return receipt requested, and by first class mail.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments:
　　　Motion for Leave to Proceed on Appeal in Forma Pauperis
　　　Entry of Appearance Form