# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3054**                              **September Term, 2022**

1:18-cr-00389-BAH-1

**Filed On: June 14, 2023** [2003434]

United States of America,

      Appellee

   v.

Linwood Douglas Thorne,

      Appellant

## O R D E R

Upon consideration of the court's order filed April 20, 2023, and the absence of any record that appellant received that order, it is

**ORDERED**, on the court's own motion, that the Clerk resend to appellant the court's order filed April 20, 2023, and that the deadlines established therein are extended to July 14, 2023. Failure by appellant to comply with this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order and the April 20, 2023 order to appellant by whatever means necessary to ensure receipt.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                   BY:     /s/
                                                Amanda Himes
                                                Deputy Clerk

Attachments:

    Copy of order previously filed April 20, 2023